## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTEN MORALES,** | * | **CIVIL ACTION NO.:** |
| Plaintiff, | * | **2:21-CV-01992** |
| v. | * | |
| | * | **JUDGE: ELDON E. FALLON** |
| **CITY OF NEW ORLEANS, OFFICE OF OIG** | * | |
| **THROUGH ED MICHEL, INTERIM** | * | **MAGISTRATE JUDGE:** |
| **INSPECTOR GENERAL, AND BOBBIE** | * | **MICHAEL B. NORTH** |
| **JONES.** | * | |
| Defendants. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

**IT IS ORDERED** that a telephone status conference in this case is hereby scheduled for Tuesday, February 14, 2023 at 3:30 P.M. C.S.T. The parties are instructed to use the following dial-in information and to join the line five minutes before the scheduled time.

**Dial in:** 877-336-1839     **Access code:** 4227405

New Orleans, Louisiana, this 19th day of December, 2022.

_____
**HON. ELDON E. FALLON**
**U.S. DISTRICT COURT JUDGE**