**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 14, 2023**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTEN MORALES,** | * | **CIVIL ACTION NO.:** |
| **Plaintiff,** | * | **2:21-CV-01992** |
| **v.** | * | |
| | * | **JUDGE: ELDON E. FALLON** |
| **CITY OF NEW ORLEANS, OFFICE OF OIG** | * | |
| **THROUGH ED MICHEL, INTERIM** | * | **MAGISTRATE JUDGE:** |
| **INSPECTOR GENERAL, AND BOBBIE** | * | **MICHAEL B. NORTH** |
| **JONES.** | * | |

A telephone status conference was held on this date from the chambers of Judge Eldon E. Fallon. Stephanie Dovalina participated for Plaintiff. Elizabeth Robins participated for the City of New Orleans. Amy McIntire participated for Ed Michel, Bobbie Jones, and the Office of the Inspector General.

The parties updated the Court on the status of this case. So that the Court may check in on their progress in approximately 60 days;

**IT IS ORDERED** that a telephone status conference in this case is hereby scheduled for Tuesday, April 18, 2023 at 3:30 P.M. C.S.T. The parties are instructed to use the following dial-in information and to join the line five minutes before the scheduled time.

Dial in: 877-336-1839

Access code: 4227405

JS10 (00:05)