UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTEN MORALES** | * | **CIVIL ACTION NO.: 21-CV-01992** |
| *Plaintiff* | * | |
| **VERSUS** | * | **SECTION:   L** |
| | * | **HONORABLE ELDON E. FALLON** |
| **CITY OF NEW ORLEANS, OFFICE** | * | |
| **OF OIG THROUGH ED MICHEL,** | * | |
| **INTERIM INSPECTOR GENERAL,** | * | **DIVISION:   5** |
| **AND BOBBI JONES** | * | **MAGISTRATE MICHAEL B. NORTH** |
| *Defendants* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**CITY OF NEW ORLEANS' MOTION FOR SUMMARY JUDGMENT**</u>

NOW INTO COURT, through undersigned counsel, comes defendant, the City of New Orleans ("the City"), which submits this motion for summary judgment, adopting the arguments of co-defendants, the New Orleans Office of Inspector General ("OIG"), Inspector General Ed Michel, and Bobbie Jones ("OIG defendants), in their motion for summary judgment (Rec. Doc. 59), seeking dismissal of all claims by Plaintiff, Kristen Morales ("Morales") as time barred by collateral estoppel and res judicata. All of Morales' claims arise from her suspension and termination from the OIG, with Morales claiming the City and OIG Defendants (characterized as co-defendants by Morales) conspired to wrongfully terminate her in order to discriminate and retaliate against her. However, Morales' appeal of her suspension and termination has been fully litigated through the state courts, beginning with a Civil Service Commission ruling affirming the OIG's termination of Morales, which was thereafter affirmed by the Fourth Circuit Court of Appeal and the Louisiana Supreme Court, issuing a unanimous final ruling in January of 2023, by denying Morales' writ. Plaintiff cannot continue to litigate the same issues and claims in federal

court, as Fifth Circuit precedence dictates that her redundant claims in this case are barred by collateral estoppel and res judicata. Therefore the City should be dismissed with prejudice, as the OIG defendants were dismissed with prejudice, for the reasons stated in this Honorable Court's ruling issued on March 30, 2023. (Rec. Doc. 66).

.

    Respectfully submitted:

    */s/ _Elizabeth S. Robins_____*
    ELIZABETH S. ROBINS, LSB #25224
    DEPUTY CITY ATTORNEY
    CORWIN ST. RAYMOND, LSB #31330
    CHIEF DEPUTY CITY ATTORNEY
    DONESIA D. TURNER, LSB #23338
    CITY ATTORNEY
    1300 PERDIDO STREET, SUITE 5E03
    NEW ORLEANS, LOUISIANA 70112
    TEL: (504) 658-9800
    FACSIMILE: (504) 658-9868
    *Counsel for Defendant, City of New Orleans*