UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KRISTEN MORALES,**<br>           **Plaintiff,** | **CIVIL ACTION NO. 21-01992** |
| **v.** | **JUDGE ELDON E. FALLON**<br>**SECTION "L"** |
| **CITY OF NEW ORLEANS, OFFICE OF OIG THROUGH ED MICHEL, INTERIM INSPECTOR GENERAL, AND BOBBIE JONES**<br>           **Defendants** | **MAGISTRATE MICHAEL B. NORTH**<br>**DIVISION (5)** |

## MEMORANDUM IN SUPPORT OF BILL OF COSTS BY DEFEDNANTS NEW ORLEANS OFFICE OF INSPECTOR GENERAL, INSPECTOR GENERAL ED MICHEL, AND BOBBIE JONES

Defendants New Orleans Office of Inspector General ("OIG"), Inspector General Ed Michel, and Bobbie Jones, submit this Memorandum in Support of its Bill of Costs.[1] On March 30, 2023, the Court granted summary judgment in favor of Defendants, New Orleans Office of Inspector General, Inspector General Ed Michel, and Bobbie Jones, and dismissed, with prejudice, Plaintiff's claims. [R. Doc. 66]. Final Judgment was entered on April 21, 2023. [R. Doc. 73].

The costs incurred by Defendants New Orleans Office of Inspector General, Inspector General Ed Michel, and Bobbie Jones, stated and itemized within the Bill of Costs filed herewith, are true and correct and have been necessarily incurred in this matter.

Respectfully Submitted:

*/s/ Amy L. McIntire*
Peter J. Rotolo, III (La. Bar No. 21848)
Amy L. McIntire (La. Bar. No. 35241)
Catherine Schroeder (La. Bar No. 39449)
**CHAFFE McCALL, LLP**
1100 Poydras Street, 2300 Energy Centre

---

[1] On May 3, 2023, the Court entered an Order [R. Doc. 76] permitting OIG Defendants to file their motion for legal fees and/or bill to tax costs within 14 days of disposition on Plaintiff's motion to amend final judgment. The Court denied Plaintiff's motion to amend final judgment on May 17, 2023 [R. Doc. 78] thereby putting OIG Defendants' deadline to file their motion for legal fees and/or bill to tax costs on May 31, 2023.

#4938470v1

New Orleans, LA  70163-2300
Tel: (504) 585-7000, Fax: (504) 544-6054
Email:  mcintire@chaffe.com
*Attorneys for New Orleans Office of Inspector General, Ed Michel, and Bobbie Jones*

#4938470v1