UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KRISTEN MORALES,**<br>          **Plaintiff,** | **CIVIL ACTION NO. 21-01992** |
| v. | **JUDGE ELDON E. FALLON**<br>**SECTION "L"** |
| **CITY OF NEW ORLEANS, OFFICE OF OIG THROUGH ED MICHEL, INTERIM INSPECTOR GENERAL, AND BOBBIE JONES**<br>          **Defendants** | **MAGISTRATE MICHAEL B. NORTH**<br>**DIVISION (5)** |

## SCHEDULE AND ITEMIZATION OF COSTS

I.    "OTHER" COSTS: PRODUCTION OF ESI IN LIEU OF PAPER PRODUCTION

In this litigation, OIG hired Consilio, a third-party forensic firm, and its lead forensic auditor expert, to analyze, extract and prepare electronic data to support OIG's affirmative defenses justifying Plaintiff's termination. OIG is seeking recovery of those expert costs in its filed Motion for Attorneys' Fees and Expert Costs (and not in this Bill of Costs).

On February 14, 2023, Plaintiff served requests for production on OIG, Michel, and Jones which included a request to produce all information and materials to support their affirmative defenses. In order to respond to Plaintiff's discovery requests, OIG asked Consilio to extract, convert, and copy certain electronic data (i.e., computer and phone back-ups) to a format that could be produced in discovery – in lieu of producing such information in paper format which would have been unwieldy and would have required extracting and printing millions if not more pages of paper documents. Such costs in lieu of paper production are recoverable under 28 U.S.C. § 1920. *Chenault v. Dorel Indus*., Inc., No. A-08-CA-354-SS, 2010 U.S. Dist. LEXIS 78096, 2010 WL 3064007, at *4 (W.D. Tex. Aug. 2, 2010) (awarding similar costs under 28 U.S.C. § 1920(3) because "the electronic data was produced in lieu of extremely costly paper production"); *Neutrino Development Corp. v. Sonosite, Inc*., 2007 U.S. Dist. LEXIS 23464, 2007 WL 998636 (S.D. Tex. 2007) (same); *CBT Flint Partners, LLC v. Return Path, Inc*., 737 F.3d 1320, 108 U.S.P.Q.2d (BNA) 1969, 2013 U.S. App. LEXIS 24759 (Fed. Cir. 2013) (Costs that were recoverable by prevailing party were those costs necessary to duplicate electronic document in as faithful and complete manner). OIG Defendants seek to recover only those "other" costs under 28 U.S.C. § 1920 – as set forth below. Attached are copies of the two Consilio invoices showing costs to produce the electronic data in lieu of paper production.

| COMPANY | INVOICE DATE | AMOUNT |
|---|---|---|
| Consilio | 2/28/23 | $1,660.50 |
| Consilio | 3/31/23 | $372.32 |
| | | |
| | | **Total: $2,032.82** |

#4938470v1