

# Invoice

**Corporate Office**
1828 L Street NW Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com
Tax ID: 47-4420523

**Remittance Address**
DEPT CH 17174
Palatine, Illinois 60055-7174

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 2/28/2023 | INV509418 |

Invoice To:

Chaffe McCall
Walter Becker Jr
2300 Energy Ctr 1100 Poydras St
New Orleans, LA 70163-2300
United States

| Engagement No. | Engagement Name | Service Period | Payment Terms |
|---|---|---|---|
| 335065-320527 | Chaffe McCall - Orleans Parish | February | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Collections (Hourly) | 5.25 | HOUR | $250.00 | $1,312.50 |
| Active Hosting - Sightline | 11.60 | GB | $30.00 | $348.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio, LLC.

| | |
|---|---|
| Subtotal | $1,660.50 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $1,660.50 |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / ABA Number: 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
1828 L Street NW Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com
Tax ID: 47-4420523

**Remittance Address**
DEPT CH 17174
Palatine, Illinois 60055-7174

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 3/31/2023 | INV516879 |

Invoice To:

Chaffe McCall
Walter Becker Jr
2300 Energy Ctr 1100 Poydras St
New Orleans, LA 70163-2300
United States

| Engagement No. | Engagement Name | Service Period | Payment Terms |
|---|---|---|---|
| 335065-320527 | Chaffe McCall - Orleans Parish | March | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Project Management & Support Services | 0.08 | HOUR | $130.00 | $10.40 |
| Active Hosting - Sightline | 11.60 | GB | $31.20 | $361.92 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio, LLC.

| | |
|---|---|
| Subtotal | $372.32 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $372.32 |

Bank Information
Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / ABA Number: 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.