UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KRISTEN MORALES,**<br>         **Plaintiff,** | **CIVIL ACTION NO. 21-01992** |
| **v.** | **JUDGE ELDON E. FALLON**<br>**SECTION "L"** |
| **CITY OF NEW ORLEANS, OFFICE OF OIG THROUGH ED MICHEL, INTERIM INSPECTOR GENERAL, AND BOBBIE JONES**<br>         **Defendants** | **MAGISTRATE MICHAEL B. NORTH**<br>**DIVISION (5)** |

## NOTICE OF SUBMISSION OF BILL OF COSTS

Please take notice that Defendants New Orleans Office of Inspector General, Inspector General Ed Michel, and Bobbie Jones, submit the foregoing Bill of Costs for submission to the Clerk of Court on May 31, 2023.

Respectfully Submitted:

*/s/ Amy L. McIntire*
Peter J. Rotolo, III (La. Bar No. 21848)
Amy L. McIntire (La. Bar. No. 35241)
Catherine Schroeder (La. Bar No. 39449)
**CHAFFE McCALL, LLP**
1100 Poydras Street, 2300 Energy Centre
New Orleans, LA  70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-6054
Email:  mcintire@chaffe.com
***Attorneys for New Orleans Office of Inspector General, Ed Michel, and Bobbie Jones***

#4938470v1