UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KRISTEN MORALES,**<br>     **Plaintiff,** | **CIVIL ACTION NO. 21-01992** |
| **v.** | **JUDGE ELDON E. FALLON**<br>**SECTION "L"** |
| **CITY OF NEW ORLEANS, OFFICE OF OIG THROUGH ED MICHEL, INTERIM INSPECTOR GENERAL, AND BOBBIE JONES**<br>     **Defendants** | **MAGISTRATE MICHAEL B. NORTH**<br>**DIVISION (5)** |

### AFFIDAVIT VERIFYING BILL OF COSTS FILED BY DEFENDANTS NEW ORLEANS OFFICE OF INSPECTOR GENERAL, INSPECTOR GENERAL ED MICHEL, AND BOBBIE JONES

| | |
|---|---|
| STATE OF LOUISIANA | § |
| | § |
| PARISH OF ORLEANS | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared, Amy L. McIntire who being duly sworn upon her oath, deposed and stated:

1. My name is Amy L. McIntire, and I am competent to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2. I represent Defendants New Orleans Office of Inspector General, Inspector General Ed Michel, and Bobbie Jones, in the above-captioned matter, and I have done so since the inception of this lawsuit.

3. I have knowledge of the facts of this matter and the Bill of Costs filed herewith and submit that the Bill of Costs as itemized is true and correct, and these costs have been necessarily incurred in this case.

Further affiant sayeth not.

[signature to follow]

#4938470v1

New Orleans, Louisiana this 30 day of May, 2023

_____
Amy L. McIntire, Bar No. 35241

SWORN TO AND SUBSCRIBED before me on the 30 day of May, 2023.

_____
Notary Public in and for the State of Louisiana

A. Elyce Ieyoub
Notary Public
Bar No. 39918 - ID No. 191594
State of Louisiana
Commission Issued For Life

#4938470v1