UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KRISTEN MORALES**              *     **CIVIL ACTION**
                                 *
**VERSUS**                       *     **NO. 21-1992**
                                 *
**NEW ORLEANS CITY ET AL.**      *     **SECTION "L" (5)**

## ORDER

Having been informed that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 26th day of November, 2024.

UNITED STATES DISTRICT JUDGE