UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KRISTEN MORALES,**<br>    **Plaintiff,** | **CIVIL ACTION NO. 21-cv-01992** |
| **VERSUS** | **JUDGE ELDON E. FALLON**<br>**SECTION "L"** |
| **CITY OF NEW ORLEANS, OFFICE OF OIG THROUGH ED MICHEL, INTERIM INSPECTOR GENERAL, AND BOBBIE JONES,**<br>    **Defendants** | **MAGISTRATE MICHAEL B. NORTH**<br>**DIVISION (5)** |

## ORDER

Considering the Parties' Joint Motion to Dismiss, R. Doc. 109, and their representation that all claims between them have been compromised,

**IT IS ORDERED** that the Motion is **GRANTED**. The above-captioned action is hereby fully and finally dismissed, with prejudice, from the above-captioned matter, with each party to bear its own costs.

New Orleans, Louisiana, this 3rd day of February, 2025.

_____
**UNITED STATES DISTRICT JUDGE**

#5512639v1